UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

BRIAN HARDY                                    :

               Plaintiff(s)       :       **JUDGMENT**

(vs)                                           :
                                             Civil #09-03739 (RBK)

BAYSIDE STATE PRISON, ET AL.                   :

               Defendant(s)       :

-----------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 14, 2011 and no timely objection having been filed,

    IT IS, on this  31st  day of August, 2011

    ORDERED that the report of Hon. John W. Bissell dated April 14, 2011 is hereby affirmed and Judgment of No Cause For Action  be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Brian Hardy.**

                                                          HON. ROBERT B. KUGLER, U.S.D.J.